# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142998

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

QUONSHAY DOUGLAS-RICARDO MASON,
     Defendant-Appellant.

SC: 142998
COA: 285254
Wayne CC: 07-020825-FC

_____/

     On order of the Court, the application for leave to appeal the March 8, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011
_____

_____
Clerk

t0718